IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-301-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    DANIEL ANDRES MORONES,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

This matter is set for a **Status Conference** on **October 7, 2010 at 3:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. This setting pertains to this defendant only.

Dated: October 4, 2010