IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-301-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    DANIEL ANDRES MORONES,**

       Defendant.

---

**MINUTE ORDER**

Judge John L. Kane **ORDERS**

The **Status Conference** set for October 7, 2010 is **VACATED AND RESET** for **October 8, 2010 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. This setting pertains to this defendant only.

Dated: October 7, 2010