IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 09-cr-301-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.**    **DANIEL ANDRES MORONES,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane ORDERS

This matter is currently set for a Final Trial Preparation Conference at 10:00 a.m. on July 25, 2011. Because the trial date has been delayed until September 6, 2011, the Final Trial Preparation Conference is VACATED and RESCHEDULED for 2:00 p.m. on August 23, 2011 in Courtroom A802 in the Alfred A. Arraj Courthouse, 901 19th Street.

DATED: July 12, 2011