IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-301-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.   DANIEL ANDRES MORONES,**

        Defendant.

## MINUTE ORDER
*(Changing Time of Hearing)*

Judge John L. Kane **ORDERS**

The time of the Final Trial Preparation Conference set for August 23, 2011 is changed from 2:00 p.m. to **3:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  August 12, 2011