IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 09-cr-00301-JLK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     DANIEL ANDRES MORONES,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 16th day of September 2011.

BY THE COURT:

_____
John L. Kane, Senior Judge

_____      _____
Counsel for Plaintiff      Counsel for Defendant