**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam
Court Reporter: Tamara Hoffschildt
Probation Officer: Veronica Ramirez

Date:  December 15, 2011

Criminal Action No.: 09-cr-00301-JLK

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DANIEL ANDRES MORONES,

    Defendant.

*Counsel:*

Richard A. Hosley
Hayley E. Reynolds

Paula M. Ray

**SENTENCING MINUTES**
*(Simultaneously heard with Criminal Action No.: 09-cr-00261-JLK)*

**10:06 a.m.**   **Court in session.**

Court calls case.  Counsel present.  Defendant present in custody.

Parties received and reviewed the presentence report.

Rulings by the Court regarding objections.

**ORDERED:   Motion For Variance Pursuant To 18 U.S.C.§3553(a) [Filed 11/30/11;
Doc. No. 1164] is DENIED.**

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Defendant states he does not wish to make a statement.

Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

*09-cr-00301-JLK*
*Sentencing*
*December 15, 2011*

### IMPRISONMENT:

Defendant is sentenced as to Counts One and Three to a term of imprisonment of 60 months and as to Count Two to a term of imprisonment of 420 months to be served concurrently, but consecutively to the sentence imposed in Criminal Case No.: 09-cr-00301-JLK.

### SUPERVISED RELEASE:
Conditions will be set near the time of his release from custody.

### FINE:
No fine is imposed because the defendant has no ability to pay a fine.

### SPECIAL ASSESSMENT FEE:
Defendant shall pay a Special Assessment Fee of $100.00 for each count of conviction, for a total amount of $300.00 due immediately.

### RESTITUTION:
Defendant is jointly and severely liable with each of the other seven co-conspirators, for restitution in the amount of $19,023.55.

Interest is waived.

Defendant is advised of the right to appeal.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:56 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 25 minutes *(divided time)*